# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

| | |
|---|---|
| SXSBlog, LLC, | |
| Plaintiff, Counter-Defendant | |
| v. | Case No. 24 – cv - 11891 |
| Nicholas Leonard, | Hon. Thomas Ludington |
| Danielle Leonard, jointly and severally, | Magistrate Judge Patricia T. Morris |
| Danielle Leonard, in her Capacity as member in SXSBlog, LLC., | |
| Defendants, Third Party-Plaintiffs, | |
| v. | |
| Douglas Butterfield, and Nicholas Sous, | |
| Third Party-Defendants, Jointly and severally. | |

## STIPULATION OF DISMISSAL

SXSBlog, LLC, Plaintiff and Douglas Butterfield and Nicholas Sous, Third Party-Defendants, and Nicholas Leonard and Danielle Leonard, Defendants/Third Party-Plaintiff, have executed a confidential settlement agreement that

- 1 -

resolves all outstanding claims and releases all parties from same. Thus, no further matters in controversy exist.

Thus, the parties stipulate to dismissal of this action, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 25, 2025

    Respectfully submitted,
    REVOLUTION LAW PLC

    /s/ Brian H. Jean
    Brian H. Jean P73504
    ATTORNEY FOR PLAINTIFF AND COUNTER DEFENDANTS
    205 3rd St.
    Bay City, Michigan 48708
    (989) 891-7779
    jean@revolutionlawplc.com
    office@revolutionlawplc.com

Dated: August 25, 2025

    /s/Michael T. Van Tubergen
    (With Consent)
    Michael T. Van Tubergen P61717
    ATTORNEY FOR DEFENDANTS AND COUNTER-PLAINTIFFS
    114 N. Third Street
    Grand Haven, Michigan 49417
    (616) 844-3000
    mvantubergen@vth-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| SXSBlog, LLC, | ) |
| Plaintiff, Counter-Defendant | ) |
| v. | ) Case No. 24 – cv - 11891 |
| Nicholas Leonard, | ) Hon. Thomas Ludington |
| Danielle Leonard, jointly and severally, | ) Magistrate Judge Patricia T. Morris |
| Danielle Leonard, in her Capacity as member in SXSBlog, LLC., | ) |
| Defendants, Third Party-Plaintiffs, | ) |
| v. | ) |
| Douglas Butterfield, and Nicholas Sous, | ) |
| Third Party-Defendants, Jointly and severally. | ) |

**ORDER GRANTING STIPULATION AND DISMISSING CASE WITH PREJUDICE**

The Parties filed a Stipulation to Dismiss this case with prejudice on August 25, 2025. Having reviewed the Parties' Stipulation, Civil Rule 41(a)(1)(A)(ii), and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation of Dismissal is **GRANTED.**

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, interest, or attorney's fees to any party.

**This is a final order and closes this case.**

Dated: August 27, 2025                          s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge